**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARCUS KELLEY, #247375,

        Plaintiff,

                              CASE NO. 07-CV-13031
v.                               HON. LAWRENCE P. ZATKOFF

JOHN DOE, et al.,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

This matter is before the Court upon Plaintiff's Motion for Reconsideration (Dkt. #10) of the Court's September 20, 2007, Order summarily dismissing Plaintiff's Complaint. Plaintiff filed the current motion pursuant to E.D. Mich. LR 7.1(g) on February 1, 2008.

According to E.D. Mich. LR 7.1(g)(1), "[a] motion for ... reconsideration must be filed within 10 days after entry of the judgment or order." Additionally, "[w]hen the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays and legal holidays shall be excluded in the computation." Fed. R. Civ. P. 6(a). The order up for reconsideration was entered on September 20, 2007. Since Plaintiff did not file his Motion for Reconsideration until February 1, 2008, his motion is untimely. Furthermore, the Court finds that Plaintiff has failed to demonstrate a "palpable error by which the court and the parties have been misled ...." E.D. Mich. LR 7.1(g)(3). Accordingly, Plaintiff's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

                                              s/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: February 25, 2008

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 25, 2008.

                                              s/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290